**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:08cr00267-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROBERT E. WEST, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on February 10, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release.  The defendant was present and represented by Attorney Dennis Terez.

The violation report was referred to United States Magistrate Judge Nancy A. Vecchiarelli on January 20, 2012 [Doc. 33].  A Report and Recommendation was issued on January 24, 2012 [Doc. 37].  No objection were filed by either plaintiff or defendant.

The Court finding no objections had been filed to the Report and Recommendation adopted same and found defendant violated the conditions of supervised release as follows:

      1) failure to notify supervising officer of change in address after

      moving from approved residence;

      2) failure to attend GED classes;

      3) new criminal law violations.

The Court found the most serious violation to be a Grade C, defendant's Criminal History

Category to b VI and the guideline sentence range to be 8 to 14 months.  The Court, after considering the factors in Sec. 3553, sentenced defendant to the Bureau of Prisons for a term of 13 months with credit for time served in federal custody on the instant violations.  Upon release from incarceration defendant will serve a 2 year period of supervised release under the same conditions earlier imposed.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: February 11, 2012                    *s/    James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE