# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:08CR00267** |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| vs. | ) | **ORDER** |
| **ROBERT E. WEST, JR.,** | ) | |
| Defendant. | ) | |

This matter was heard on December 23, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Edward Bryan.

The initial violation report was referred to United States Magistrate Judge Nancy A. Vecchiarelli to conduct appropriate proceedings and for the issuance of a Report and Recommendation, which was issued December 3, 2014. (Doc. 48). No objections to the Report and Recommendation were filed by either plaintiff or defendant.

The Court adopts the Report and Recommendation of the Magistrate Judge and finds that defendant violated the conditions of supervision as follows:

1. Failed to Notify the Probation Officer of Law Enforcement Contact
2. Association with a Convicted Felon

The Court found the violations to be a Grade C, defendant's Criminal History Category to be VI and the Guideline Sentence range to be 8-11 months. The Court, having considered all factors in Sec. 3553, commits defendant to the Bureau of Prisons for a term of 11 months on the instant violations with credit for time served. Upon release from incarceration, there will be no term of supervision to follow. The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

Dated: December 24, 2014            *s/ James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE